cuit Court of Appeals for the Seventh Circuit denied. *Messrs. Hugh M. Morris, Frederic Burnham,* and *Donald Malcolm* for petitioner. *Messrs. Samuel E. Darby, Jr.* and *Floyd H. Crews* for respondent.

No. 600. WALDON *v.* UNITED STATES. January 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. William Scott Stewart* for petitioner.

No. 626. GREEN *v.* HOLLAND, U. S. DISTRICT JUDGE. January 20, 1941. The motion to strike the brief of the City of Stuart is denied. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied. *Mr. Manley P. Caldwell* for petitioner. *Mr. Geo. W. Coleman* for respondent.

No. 612. MISSOURI PACIFIC TRANSPORTATION CO. ET AL. *v.* GEORGE ET AL. January 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank H. Myers* for petitioners.

No. 614. VALLEY WASTE MILLS *v.* PAGE ET AL. January 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. E. D. Smith, Jr., Hatton Lovejoy,* and *Marion Smith* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key*